Jacqueline GARBER v. DEPARTMENT OF SOCIAL WELFARE, No. 32-80

February 13, 1980. Motion to proceed in forma pauperis granted

620

with respect to fees, costs or security therefor.

Daley, J.